UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 22084
  CARA LYNN HOWE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

      Debtor
  SSN XXX-XX-2849
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/26/07 and confirmed on 02/29/08.

2. The case was dismissed after confirmation, 07/11/2008.

3. The Debtor paid a total of $ 2634.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 34640.78 | .00 | 681.23 |
| REGIONAL ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| MACYS CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| SHARON B BROWN MD | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 34640.78 | .00 | .00 | .00 | 34640.78 |
| PRINCIPAL PAID | 681.23 | .00 | .00 | .00 | 681.23 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 681.23 | .00 | .00 | .00 | 681.23 |

The Debtor's attorney, THOMAS M BRITT             , was allowed $ 3000.00 and was paid $ 1200.00  direct and $  1800.00  through the plan.

The Trustee received $    152.77 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/08/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 22084 CARA LYNN HOWE
```